UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JASON RICHARD EIDAM,

       Plaintiff,                      Case No. 1:20-cv-538

v.                                     Honorable Paul L. Maloney

KENT COUNTY et al.,

       Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   August 28, 2020                /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge